James A. WASHINGTON, Appellee,

v.

FIRST DATA RESOURCES, INC., Appellant,

Timothy Rosenthal; Theodore Henkenius; Ronald Doty; Pamela S. Wallman; Dianne M. Blum, Defendants.

No. 01–1474.

United States Court of Appeals, Eighth Circuit.

Submitted June 29, 2001.

Filed July 9, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

James A. Washington sued his former employer, First Data Resources, Inc. (First Data), asserting, inter alia, claims under the Family Medical Leave Act, 29 U.S.C. §§ 2601–2654. The district court[1] granted summary judgment to First Data, and Washington appealed. In this related appeal, First Data challenges the district court's denial of its motion to correct the judgment to include an amount for sanctions against Washington. We find no abuse of discretion, as First Data can move the district court for the proposed correction following our disposition of Washington's summary judgment appeal.

---

1. The Honorable Thomas M. Shanahan, United States District Judge for the District of Nebraska.

*See Panama Processes, S.A. v. Cities Serv. Co.,* 789 F.2d 991, 993–94 (2d Cir.1986). Accordingly, we affirm. *See* 8th Cir. R. 47B.